CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Rka
JUN 2 0 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JACOB DALE MONROE, Petitioner, | Civil Action No. 7:01CV00394 |
| v. | **ORDER** |
| RONALD D. ANGELONE, Respondent. | By: Jackson L. Kiser<br>Senior U.S. District Judge |

In accordance with the Opinion entered this day, it is hereby

**ORDERED**

that Defendant Hayes's Renewed Motion to Dismiss shall be and hereby is **GRANTED**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Opinion to the plaintiff and to counsel of record for the defendants.

ENTER: This 20th day of June, 2005.

_/s/ Jackson L. Kiser_
Senior United States District Judge