CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 27 2005

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JACOB DALE MONROE,<br>　　Plaintiff, | )<br>)  Civil Action No. 7:01CV00394<br>) |
| v. | )  **MEMORANDUM OPINION**<br>) |
| RONALD D. ANGELONE, <u>et al.</u>,<br>　　Defendants. | )  By: Michael F. Urbanski<br>)  United States Magistrate Judge |

This matter is before the court upon plaintiff's letter which the court will construe as a motion for free copies of the transcript of his October 4, 2005 civil trial.

As plaintiff has not filed a notice of appeal nor has he provided any explanation as to why he needs the requested transcript, the court cannot find at this time that he is entitled to a transcript at court expense. See <u>Ortiz v. Greyhound Corp.</u>, 192 F.Supp. 903, 905 (D. Md. 1959)(finding that indigent civil appellants may be provided free transcripts under 28 U.S.C. § 753(f) if the court certifies that the appeal is not frivolous but presents a substantial question).

Plaintiff is advised that he may refile his motions with the Fourth Circuit Court of Appeals, or contact the court reporter and arrange for the purchase of the transcript by contacting Court Reporter Coordinator Brenda Dameron, P. O. Box 1234, Roanoke, VA 24006.

In accordance with the foregoing, it is hereby

**ORDERED**

that plaintiff's motion for free transcripts is hereby **DENIED**.

The Clerk is directed to send certified copies of this order to the defendant.

ENTER: This 27th day of October, 2005.

_____
United States Magistrate Judge